# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION<br><br>HOME DEPOT U.S.A., INC.,<br><br>v.<br><br>LAFARGE NORTH AMERICA INC. | CIVIL ACTION<br><br>MDL 2437<br><br>NO. 18-5305 |

## **ORDER**

For the reasons stated in the foregoing Memorandum:

1. Lafarge's Motion to Exclude Dr. Kneuper (ECF ) is granted in substantial part;

2. Home Depot's expert, Dr. Kneuper, shall serve a revised report within sixty (60) days, and Dr. McClave may have thirty (30) days thereafter to revise his report;

3. Any motion relating to the revised expert reports shall be filed within thirty (30) days after their receipt.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

MICHAEL M. BAYLSON, U.S.D.J.

**Dated:** August 20, 2021

o:\civil 18\18-5305 home depot v lafarge\expert order.docx