IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | **MDL No. 2437**<br>**13-MD-2437** |
| THIS DOCUMENT RELATES TO:<br>*Home Depot U.S.A., Inc. v. Lafarge North America Inc.*, No. 2:18-cv-05305-MMB (E.D. Pa.) | **Honorable Michael M. Baylson** |

## ORDER

**AND NOW, TO WIT**: This 18th day of August, 2023, it having been reported that the issues between the parties in the above action have been resolved and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** without prejudice, pursuant to agreement of counsel, without costs. In accordance with the Rule, the parties shall have 90 days to move to reopen the case or file a stipulation of dismissal with prejudice.

**GEORGE V. WYLESOL**, Clerk of Court

By:   /s/ Amanda Frazier
      Amanda Frazier
      Deputy Clerk

#3568823v1